MSC

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA    08 AUG -7 AM 10: 48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Claudio FAGARDO-Saucedo, | ) |
| | ) |
| Defendant | ) |
| | ) |

Magistrate Docket No.:

'08 MJ 2443

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the
United States

The undersigned complainant, being duly sworn, states:

On or about **August 6, 2008** within the Southern District of California, defendant, **Claudio FAGARDO-Saucedo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **AUGUST 2008.**

_____
Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

DOA 8/06/08

**CONTINUATION OF COMPLAINT:**
**Claudio FAGARDO-Saucedo**

## PROBABLE CAUSE STATEMENT

On August 6, 2008 at approximately 6:15 AM, Border Patrol Agent F. Martinez, was performing assigned duties in the Imperial Beach Border Patrol station area of responsibility. An infrared Scope Operator relayed via agency radio of a group of three individuals running northbound in an area known as "South Park." This area is located approximately 20 yards north of the United States/Mexico International Border Fence, and four miles west of the San Ysidro, California Port of Entry.

Upon arriving in the area and after a brief search, Agent Martinez encountered three individuals attempting to hide in some brush. Agent Martinez identified himself as a United States Border Patrol Agent and conducted an immigration inspection. All three individuals, including one later identified as the defendant **Claudio FAGARDO-Saucedo**, admitted to being citizens and nationals of Mexico not in possession of any immigration documents that would allow them to enter or remain in the United States legally. All three individuals were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 04, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and stated that he understood his rights and that he was willing to speak without the presence of a lawyer. The defendant again freely admitted to being a citizen of Mexico previously ordered removed without permission to legally re-enter the United States. He also stated he was going to Los Angeles, California.