

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )   Criminal Case No. 08CR2986-L
                               )
              Plaintiff,       )   I N F O R M A T I O N
                               )
         v.                    )   Title 8, U.S.C., Sec. 1326(a)
                               )   and (b) - Deported Alien Found
CLAUDIO FAGARDO-SAUCEDO,       )   in the United States (Felony)
                               )
              Defendant.       )
                               )
```

The United States Attorney charges:

On or about August 6, 2008, within the Southern District of California, defendant CLAUDIO FAGARDO-SAUCEDO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: September 4, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
8/19/08